UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:18-cv-60053-BB

JERRY EISENBAND,
individually and on behalf of all
others similarly situated,   **CLASS ACTION**

    Plaintiff,   **JURY TRIAL DEMANDED**

v.

THE CREDIT PROS INTERNATIONAL
CORPORATION,
a foreign corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff Jerry Eisenband hereby notifies the Court that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendants are in the process of finalizing their settlement agreement. Plaintiff anticipates filing a notice of dismissal within ten (10) days of this notice.

Date:  August 28, 2018

Respectfully submitted,

| | |
|---|---|
| **HIRALDO P.A.** | Scott A. Edelsberg |
| | **EDELSBERG LAW, P.A.** |
| */s/ Manuel S. Hiraldo* | Florida Bar No. 100537 |
| Manuel S. Hiraldo, Esq. | 19495 Biscayne Blvd. #607 |
| Florida Bar No. 030380 | Aventura, FL 33180 |
| 401 E. Las Olas Boulevard | Email: scott@edelsberglaw.com |
| Suite 1400 | |
| Ft. Lauderdale, Florida 33301 | |
| mhiraldo@hiraldolaw.com | |
| Telephone: 954.400.4713 | |

**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 400
Miami, Florida  33132
(t) (305) 479-2299
(f) (786) 623-0915

*Counsel for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 28, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
HIRALDO P.A.
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Florida Bar No. 030380
mhiraldo@hiraldolaw.com
Telephone: 954.400.4713